UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -3  A 9:53

US DISTRICT COURT
HARTFORD CT

JOHN D. LANE,

    Plaintiff,

v.                          CASE NO. 3:02CV1038(AWT)

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY,

    Defendant.

## RULING ON PENDING MOTIONS

Pending before the court are the defendant's motion to compel (doc. #53) and the plaintiff's motion for a protective order (doc. #55). The motions are GRANTED in part and DENIED in part. The plaintiff shall disclose a list of his clients'[1] names and addresses and an estimate of the amount of time he spent with each for the time period October 1, 1998 to the present. The plaintiff shall prioritize the client list based on the amount of time he spent with each client. Pursuant to D.Conn.L.Civ.R. 37, production shall be made within ten (10) days of the filing of the court's order. If the defendant wishes to contact the clients and the parties are unable to reach an agreement as to the manner in which the defendant shall do so, the parties shall participate in a telephonic conference with chambers prior to any client contact.

---

[1] Client, as defined by the defendant for the purposes of this motion, is "any person or entity for which Mr. Lane is or was engaged in his professional capacity, for more than ten (10) hours in any one (1) year period."

The deadline for discovery is extended to December 30, 2003 and the deadline for filing a dispositive motion is extended until February 15, 2004. Further requests for extension of time will be viewed with disfavor.

The parties are reminded of their meet and confer obligations under both the federal and local rules of procedure to resolve any differences and present to the court only those issues of discovery that are necessary for the full weight of judicial authority.

SO ORDERED at Hartford, Connecticut this 31 day of October, 2003.

Donna F. Martinez
United States Magistrate Judge