Tuesday (October 1? 20?)

HONORABLE Martinez

DEPUTY CLERK Sunbury  RPTR/ERO/TAPE

TOTAL TIME: _1_ hours ____ minutes

DATE _10/28/03_    START TIME _9:30_ END TIME _10:20_

LUNCH RECESS FROM ____ TO ____

RECESS FROM ____ TO ____ (if more than 1/2 hour)

CIVIL NO. 3:02CV1038AWT

Lane
vs.
Jefferson Pilot

§
§
§
§
§

_____
Plaintiffs Counsel

☑ SEE ATTACHED CALENDAR FOR COUNSEL

_____
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | #53 | D's Motion to Compel | ☐ | ☐ | ☑ |
| ☑ | #55 | P's Motion For Protective Order | ☐ | ☐ | ☑ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |

☐ Brief(s) due ____ ☐ Proposed Findings due ____ Response due ____

| | filed | docketed |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

☐ ____ Hearing continued until ____ at ____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended
Miscellaneous Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
East Courtroom

October 28, 2003

9:30 a.m.

The motion(s) listed below will be heard at oral argument. The
scheduling of a motion for oral argument does not relieve the
opposing party of its obligation to file responsive papers. If
no response has been filed 21 days after the filing of the motion,
the motion may be granted and oral argument canceled. See D. Conn.,
L. Civ. R. 9.

   3-02-cv-1038  (AWT) Lane v Jefferson Pilot
   ----------------------------------------------------
   Oral Argument on Defendant's Motion to Compel (doc.#53) &
   Plaintiff's Motion for Protective Order (doc.#55).

          COUNSEL OF RECORD:

Pamela Levin Cameron          Rogin, Nassau, Caplan, Lassman & Hirtle, 185
                              Asylum St., Hartford, CT 860-278-7480

Robert M. Fleischer          Jacobs Partners, 383 Main Ave., Norwalk, CT
                              203-846-662⊠

David Heinlein                Rogin, Nassau, Caplan, Lassman & Hirtle, 185
                              Asylum St., Hartford, CT 860-278-7480

Mark Randolph Jacobs          Jacobs Partners, 383 Main Ave., Norwalk, CT
                              203-846-6622

Gerry A. McMahon              Jacobs Partners, 383 Main Ave., Norwalk, CT
                              203-846-6622

Lewis K. Wise                 Rogin, Nassau, Caplan, Lassman & Hirtle, 185
                              Asylum St., Hartford, CT 860-278-7480

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK