60

02cv1038 sup memo

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X

JOHN D. LANE,

        Plaintiff,

    -v-

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY,

        Defendant.
------------------------------------------------------------X

Case No. 3:02CV1038 (AWT)

October 28, 2003

**PLAINTIFF'S EMERGENCY SUPPLEMENTAL, POST-HEARING SUBMISSION
RE: October 28, 2003 HEARING ON PLAINTIFF'S
MOTION FOR PROTECTIVE
ORDER AND DEFENDANT'S MOTION TO COMPEL**

    The Plaintiff, John D. Lane (the "Plaintiff") by his attorneys, JACOBS PARTNERS, LLC, hereby submits this supplemental pleading that provides overwhelming evidence that the Defendant has NO REGARD for the emotional and professional damage it is inflicting on Mr. Lane. Within hours of this Court's hearing Plaintiff's Motion for a Protective Order, the Defendant set loose its "consultants" who began contacting securities industry professionals and even Mr. Lane's casual acquaintances and drilling them regarding Mr. Lane's ETHICS and his DISABILITY INSURANCE CLAIM.

    The Plaintiff urges this Honorable Court, pursuant to Fed. R. Civ. P. 26(c) to issue an IMMEDIATE PROTECTIVE ORDER enjoining the Defendant from contacting, either directly or through any other source, anyone in the securities industry or anyone with whom Mr. Lane has a direct, or indirect, business relationship absent an Order that sets forth the specified terms and conditions of the discovery; that certain matters not be inquired into; and that the scope of the discovery be limited to certain matters pursuant to Fed. R. Civ. P. 26(c)(2) and (4).

**ORAL ARGUMENT IS REQUESTED.**

[Margin annotation, left side, rotated:] The plaintiff has failed to satisfy his burden under Fed. R. Civ. P. 26(c) of establishing good cause to issue a protective order. In re Agent Orange Prod. Liab. Litig., 821 F.2d 139, 145 (2d Cir. 1987).

DENIED.
SO ORDERED
Donna F. Martinez, U.S.M.J.
11/6/03