CT/cvmhrg (January 10, 2002)

HONORABLE **D.F. Martinez**
DEPUTY CLERK **R.K. Wood**    RPTR/ERO (TAPE)

TOTAL TIME: ___ hours **28** minutes

DATE **11/6/03**    START TIME **10:27 a.m.**    END TIME **10:55 a.m.**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Lane**

vs.

**Jefferson Pilot**

CIVIL NO. **3:02CV1038(AWT)**

**Gerry McMahon**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Pamela Cameron**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ ...#**60** Motion **for Protective order** — ☐ granted ☐ denied ☒ advisement
☒ ...#**60** Motion **to Compel** — ☐ granted ☐ denied ☒ advisement
☐ ...# Motion _____ — ☐ granted ☐ denied ☐ advisement
☐ ...# Motion _____ — ☐ granted ☐ denied ☐ advisement
☐ ...# Motion _____ — ☐ granted ☐ denied ☐ advisement
☐ ...# Motion _____ — ☐ granted ☐ denied ☐ advisement
☐ ...# Motion _____ — ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ — ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ — ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ — ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ — ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☒ ..... **Exhibit filed to be Attached to defendant's response to motion for Protective order.** ☒ filed ☐ docketed

_____ Hearing continued until _____ at _____