CT cv.mltg (October 17, 200)

HONORABLE _D. E. martinez_

TOTAL TIME: ___ hours **35** minutes       DEPUTY CLERK _R. K. Wood_    (RPTR)ERO/TAPE _S. Lamareaux_

DATE _12/22/03_       START TIME _10:40 a.m._ END TIME _11:15 a.m._
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Lane_       CIVIL NO. _3:02CV1038 (AWT)_
                                    §
                                    §                          _____
                        vs.         §                          Plaintiff's Counsel
                                    §       ☑ SEE ATTACHED CALENDAR FOR COUNSEL
_Jefferson Pilot_                    §
                                    §                          _____
                                                               Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh.) Motion Hearing        ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing  ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing        ☐ (stlmthrg.) Settlement Hearing
☑ (mischrg.) Miscelaneous Hearing

( Telephonic Status Conf. on the record)

MOTION
DOCUMENT NO.

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☐ | .....# | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .....# | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ........ | ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____ | | | | |
| ☐ | ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ | | | ☐ filed | ☐ docketed |
| ☐ | ........ | _____ Hearing continued until _____ at _____ | | | | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended
Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

December 22, 2003

10:15 a.m.

CASE NO. <u>3:02CV1038 (AWT)</u>    <u>Lane v. Jefferson Pilot</u>

COUNSEL OF RECORD:

Pamela Levin Cameron ✓        Rogin, Nassau, Caplan, Lassman
                              & Hirtle
                              Cityplace I, 22Nd Floor
                              185 Asylum St.
                              Hartford, CT 06103-3460
                              860-278-7480

Robert M. Fleischer ✓        Jacobs Partners
                              Merritt View
                              383 Main Ave.
                              Norwalk, CT 06851
                              203-846-6622
                              robert.fleischer@jacobs-partners.com

David Heinlein                Rogin, Nassau, Caplan, Lassman &
                              Hirtle
                              Cityplace I, 22Nd Floor
                              185 Asylum St.
                              Hartford, CT 06103-3460
                              860-278-7480

Mark Randolph Jacobs          Jacobs Partners
                              Merritt View
                              383 Main Ave.
                              Norwalk, CT 06851
                              203-846-6622
                              mark.jacobs@jacobs-partners.com

Gerry A. McMahon  ✓       Jacobs Partners
                          Merritt View
                          383 Main Ave.
                          Norwalk, CT 06851
                          203-846-6622
                          gerry.mcmahon@jacobs-partners.com

Lewis K. Wise             Rogin, Nassau, Caplan, Lassman &
                          Hirtle
                          Cityplace I, 22Nd Floor
                          185 Asylum St.
                          Hartford, CT 06103-3460
                          860-278-7480

   *Please note-atty. Pam Cameron will initiate the conf.
    Call to chambers.

                          BY ORDER OF THE COURT
                          KEVIN F. ROWE, CLERK