

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
:
JOHN D. LANE :
:
v. : Case No. 302CV1038 (AWT)
:
JEFFERSON PILOT FINANCIAL :
INSURANCE COMPANY : JANUARY 5, 2004
:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR ORDER COMPELLING PAYMENT

The defendant hereby moves the Court for an order compelling the plaintiff to pay Lawrence H. Price, M.D. the amount of $1,937.00 for his deposition testimony.

The plaintiff took Dr. Price's deposition on September 30, 2003. On August 11, 2003, Attorney Cameron sent an electronic mail to Attorneys McMahon and Fleischer stating that Dr. Price charged an hourly rate of $350 for deposition testimony (Copy attached as Exhibit A). Plaintiff's counsel was informed prior to the deposition that Dr. Price requested payment for two hours at the time of his deposition, and prompt payment for time beyond two hours.

On September 30, 2003, Attorney McMahon took Dr. Price's deposition for a total of five and one-half (5.5) hours. When Dr. Price asked Attorney McMahon about payment following the

lunch break, she responded that Mr. Lane should have already mailed a check for two hours payment. Dr. Price indicated that he had not received it, and Attorney McMahon stated that she would follow up with Mr. Lane.

Since that time, Dr. Price sent invoices to Attorney McMahon on October 2, November 5, and December 3, 2003 (Copies attached as Exhibit B). More than three months has passed and plaintiff has not responded to any of the invoices and has failed to pay for Dr. Price's deposition.

Plaintiff has put defendant's expert witness in the position of vigorously pursuing past due payment. This is the case even though Dr. Price initially requested two hours payment in advance and requested that payment again on the day of his deposition. He testified in good faith relying upon Attorney McMahon's representation that he would be paid promptly for his time.

Wherefore, for the foregoing reasons, the defendant respectfully requests the Court enter an order compelling plaintiff to pay Dr. Price the amount of $1,937.00 within ten (10) days.

- 2 -

W:\Public\L Wise\Jefferson Pilot Financial\Lane, John D\Pleadings\Mot for Order Compelling Payment 12-30-03.doc
1/5/04 2:15 PM

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

                                        THE DEFENDANT, JEFFERSON PILOT
                                        FINANCIAL INSURANCE COMPANY

                                        By: _____/s/ Pamela Levin Cameron_____
                                            Pamela Levin Cameron
                                            Federal Bar No. ct22659
                                            Rogin, Nassau, Caplan, Lassman &
                                                Hirtle, LLC
                                            CityPlace I, 22nd Floor
                                            185 Asylum Street
                                            Hartford, CT 06103-3460
                                            Telephone No.: 860-278-7480
                                            Fax No.: 860-278-2179
                                            E-mail: pcameron@roginlaw.com

- 3 -

W:\Public\LWise\Jefferson Pilot Financial\Lane, John D\Pleadings\Mot for Order Compelling Payment 12-30-03.doc
1/5/04 2:15 PM

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on this 5th day of January, 2004 to the following:

Robert M. Fleischer, Esq.
Gerry A. McMahon, Esq.
Jacobs Partners, LLC
Merritt View
383 Main Avenue
Norwalk, CT  06851

_____
Pamela Levin Cameron

- 4 -

W:\Public\LWise\Jefferson Pilot Financial\Lane, John D\Pleadings\Mot for Order Compelling Payment 12-30-03.doc
1/5/04 2:15 PM

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT  06103-3460 • (860) 278-7480 • JURIS NO. 50793

# Exhibit A

Document4
1/5/04

**Pamela Levin Cameron**

**From:** Pamela Levin Cameron
**Sent:** Monday, August 11, 2003 10:41 AM
**To:** Gerry McMahon (gerry.mcmahon@jacobs-partners.com); Robert Fleischer (robert.fleischer@jacobs-partners.com)
**Subject:** Dr. Price deposition

Dr. Price is available for his deposition on September 19, 22, 29 or 30. He charges $350 per hour for depositions (including travel time).

Please let me know as soon as you decide on a date.

---
Pamela L. Cameron, Esq.
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3460
e-mail: pcameron@roginlaw.com
phone: (860) 278-7480, ext. 398
fax: (860) 278-2179
---

# Exhibit B

Document4
1/5/04




**Lawrence H. Price, M.D.**
Professor
Department of Psychiatry & Human Behavior
Brown University School of Medicine
Director of Research and Clinical Director
Butler Hospital

BILLING DATE: October 2, 2003
TAXPAYER I.D. NO.: 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

Gerry A. McMahon, Esq.
Jacobs Partners, LLC
Merritt View
383 Main Ave.
Norwalk, CT 06851

RE: John D. Lane v. Jefferson Pilot Financial Insurance Co.

## ACCOUNT STATEMENT

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | (----------): | | 0 |
| CURRENT CHARGES: | | | |
| | 09/30/03 | Deposition (5.5 hrs) | 1925.00 |
| | 09/30/03 | Incidental expenses [parking] [recpt attached] | 12.00 |
| | | | 1937.00 |
| LESS PAYMT REC'D | (----------): | | - 0 |
| | | **AMOUNT DUE:** | **1937.00** |

Please send remittance to:

Lawrence H. Price, MD
18 Woodland Rd.
Barrington, RI 02806

COPY 11/13/03 LHP

Cc: P. Cameron

345 Blackstone Boulevard, Providence, Rhode Island 02906
Tel: 401-455-6533   Fax: 401-455-6534   E-mail: Lawrence_Price_MD@brown.edu




**Lawrence H. Price, M.D.**
Professor
Department of Psychiatry & Human Behavior
Brown University School of Medicine
Director of Research and Clinical Director
Butler Hospital

BILLING DATE: November 5, 2003
TAXPAYER I.D. NO.: 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

Gerry A. McMahon, Esq.
Jacobs Partners, LLC
Merritt View
383 Main Ave.
Norwalk, CT 06851

RE: John D. Lane v. Jefferson Pilot Financial Insurance Co.

## ACCOUNT STATEMENT

| | | |
|---|---|---|
| PREVIOUS BALANCE (10/02/03): | | 1937.00 |
| CURRENT CHARGES: | ---------- ---------- | 0 |
| | | 1937.00 |
| LESS PAYMT REC'D (----------): | | - 0 |
| | **AMOUNT DUE:** | **1937.00** |

Please send remittance to:

Lawrence H. Price, MD
18 Woodland Rd.
Barrington, RI 02806


Cc: P. Cameron

345 Blackstone Boulevard, Providence, Rhode Island 02906
Tel: 401-455-6533   Fax: 401-455-6534   E-mail: Lawrence_Price_MD@brown.edu



**Lawrence H. Price, M.D.**
Professor
Department of Psychiatry & Human Behavior
Brown University School of Medicine
Director of Research and Clinical Director
Butler Hospital



BILLING DATE: December 3, 2003
TAXPAYER I.D. NO.: 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

Gerry A. McMahon, Esq.
Jacobs Partners, LLC
Merritt View
383 Main Ave.
Norwalk, CT 06851

RE:  John D. Lane v. Jefferson Pilot Financial Insurance Co.

## ACCOUNT STATEMENT

| | | |
|---|---|---:|
| PREVIOUS BALANCE | (11/05/03): | 1937.00 |
| CURRENT CHARGES: | ---------- ---------- | 0 |
| | | 1937.00 |
| LESS PAYMT REC'D | (----------): | - 0 |
| | **AMOUNT DUE:** | **1937.00** |

PAYMENT OVERDUE -- PLEASE REMIT FULL AMOUNT DUE ON RECEIPT

Please send remittance to:

Lawrence H. Price, MD
18 Woodland Rd.
Barrington, RI 02806

Cc: P. Cameron

345 Blackstone Boulevard, Providence, Rhode Island 02906
Tel: 401-455-6533   Fax: 401-455-6534   E-mail: Lawrence_Price_MD@brown.edu