FILED
2004 JAN 14 P 2:3

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************

JOHN D. LANE

v.                                            Case No. 302CV1038 (AWT)

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY                             January 14, 2004

*******************************************

## APPEARANCE

I hereby enter my appearance for Jefferson Pilot Financial Insurance Company, the defendant in the above entitled action.

Elizabeth J. Robbin
Federal Bar No. ct14788

\\Caplan\Documents\Public\LWise\Jefferson Pilot Financial\Lane, John D\Pleadings\Appearance - Robbin.doc

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance has been mailed by prepaid postage on this 14th day of January, 2004 to the following:

Mark R. Jacobs, Esq.
Robert M. Fleischer
Merritt View
383 Main Avenue
Norwalk, CT 06851

*[signature]*
Elizabeth J. Robbin

\\Caplan\Documents\Public\LWise\Jefferson Pilot Financial\Lane, John D\Pleadings\Appearance - Robbin.doc

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793