02cv1038mcomp

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  :

JOHN D. LANE                                       :
                                                   :
   v.                                              :   Case No. 302CV1038 (AWT)
                                                   :
JEFFERSON PILOT FINANCIAL                          :
INSURANCE COMPANY                                  :   JANUARY 5, 2004
                                                   :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR ORDER COMPELLING PAYMENT

The defendant hereby moves the Court for an order compelling the plaintiff to pay Lawrence H. Price, M.D. the amount of $1,937.00 for his deposition testimony.

The plaintiff took Dr. Price's deposition on September 30, 2003. On August 11, 2003, Attorney Cameron sent an electronic mail to Attorneys McMahon and Fleischer stating that Dr. Price charged an hourly rate of $350 for deposition testimony (Copy attached as Exhibit A). Plaintiff's counsel was informed prior to the deposition that Dr. Price requested payment for two hours at the time of his deposition, and prompt payment for time beyond two hours.

On September 30, 2003, Attorney McMahon took Dr. Price's deposition for a total of five and one-half (5.5) hours. When Dr. Price asked Attorney McMahon about payment following the

DENIED, as moot.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    1/29/04

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793