UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
:
JOHN D. LANE :
:
v. : Case No. 302CV1038 (AWT)
:
JEFFERSON PILOT FINANCIAL :
INSURANCE COMPANY : February 13, 2004
:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant hereby submits this Motion for Summary Judgment as to the plaintiff's Fifth and Sixth Claims for Relief under the Connecticut Unfair Trade Practices Act ("CUTPA") and the Connecticut Unfair Insurance Practices Act ("CUIPA"). The defendant ("Jefferson Pilot Financial") is entitled to summary judgment because the plaintiff has failed to produce, and cannot produce, any evidence that Jefferson Pilot Financial engaged in unfair insurance and/or trade practices under Connecticut law. In support of this Motion, the defendant submits the enclosed Memorandum of Law.

**ORAL ARGUMENT REQUESTED**

        Defendant, Jefferson Pilot Financial
        Insurance Company


By:_____
    Pamela Levin Cameron
    Federal Bar No. ct22659
    Rogin, Nassau, Caplan, Lassman
      & Hirtle, LLC
    CityPlace I, 22nd Floor
    185 Asylum Street
    Hartford, CT 06103-3460
    Telephone No.: 860-278-7480
    Fax No.: 860-278-2179
    E-mail: pcameron@roginlaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed by prepaid postage on this 13th day of February, 2004 to the following:

Gerry McMahon, Esq.
Robert M. Fleischer, Esq.
Merritt View
383 Main Avenue
Norwalk, CT  06851


        _____
        Pamela Levin Cameron