**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
                                              :

**JOHN D. LANE**                                      :

     **v.**                                          :          **Case No. 302CV1038 (AWT)**

                                                      :

**JEFFERSON PILOT FINANCIAL**                :
**INSURANCE COMPANY**                     :          **February 13, 2004**

                                                        :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF FILING EXHIBITS (HARD COPIES)

**Local Rule 56(a)1 Statement**

**Attachments:**

Defendant's Responses to Plaintiff's Second Set of Interrogatories and Requests for Production dated September 25, 2003

Defendant's Responses to Plaintiff's Third Set of Interrogatories and Requests for Production of Documents dated January 30, 2004.

Continued Deposition Transcript of John Lane dated August 29, 2003, pp. 659-662.

**Affidavit in Support of Jefferson Pilot Financial's Motion for Summary Judgment**

**Attachment:**

Signed and notarized Defendant's Certification

**Defendant's Memorandum of Law in Support of Summary Judgment**

**Attachments:**

Pools by Al, Inc. v. Peerless Insurance Company, Superior Court, Judicial District of Ansonia-Milford at Milford, Docket No. 062224 (May 12, 2000) (Grogins, J.)

Shemitz Lighting, Inc. v. Hartford Fire Insurance Company, Superior Court, Judicial District of Ansonia-Milford at Milford, Docket No. 052970 (November 9, 2000) (Sequino, J.)

Bertho Anely v. Allstate Insurance Company, Superior Court, Judicial District of Stamford-Norwalk at Stamford, Docket No. 980166413 (January 9, 2002) (D'Andrea, J.)

Jeannette Rivera v. Allstate Insurance Company, Superior Court, Judicial District of Hartford-New Britain at Hartford, Docket NO. 535646 (May 25, 1995) (Corradino, J.)

> THE DEFENDANT, JEFFERSON PILOT
> FINANCIAL INSURANCE COMPANY
>
>
> By:_____
> Pamela Levin Cameron
> Federal Bar No. ct22659
> Rogin, Nassau, Caplan, Lassman &
>      Hirtle, LLC
> CityPlace I, 22nd Floor
> 185 Asylum Street
> Hartford, CT 06103-3460
> Telephone No.: 860-278-7480
> Fax No.: 860-278-2179
> E-mail: pcameron@roginlaw.com

W:\Public\LWise\Jefferson Pilot Financial\Lane, John D\Pleadings\Notice of Filing Exhibits - hard copy 2-13-04.doc
2/13/04 4:29 PM

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed on this 13th day of February, 2004 to the following:

Robert M. Fleischer, Esq.
Gerry A. McMahon, Esq.
Jacobs Partners, LLC
Merritt View
383 Main Avenue
Norwalk, CT  06851

_____
Pamela Levin Cameron
