UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X

JOHN D. LANE,

        Plaintiff,

   -v-

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY,

        Defendant.
------------------------------------------------------------X

Case No. 3:02CV1038 (AWT)

February 17, 2004

FILED
2004 FEB 17 P 4:56
DISTRICT COURT
HARTFORD, CT

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The plaintiff, John D. Lane (alternatively "John Lane," "Lane" or the "Plaintiff") by his attorneys, JACOBS PARTNERS, LLC, hereby moves, pursuant to Fed. R. Civ. P. 56 and D. Conn. L. Civ. R. 56 for entry of summary judgment with respect to the Defendant's Second, Third, Fourth and Fifth Affirmative Defenses (the "Affirmative Defenses"), as set forth the Defendant's Amended Answer And Affirmative Defenses (*doc no. 21*) filed April 3, 2003. As explained in the accompanying Memorandum of Law and Points of Authority in Support of Motion for Partial Summary Judgment, there is not sufficient evidence supporting the Affirmative Defenses for a jury to return a verdict in favor of the Defendant, and the Affirmative Defenses, therefore, fail as a matter of law.

Annexed hereto as Exhibit 1 is the Plaintiff's Rule 56(a)(1) Statement.

**ORAL ARGUMENT IS REQUESTED**

**WHEREFORE,** the Plaintiff respectfully requests that the Court grant summary judgment dismissing the Affirmative Defenses, and such other and further relief as the Court deems just and appropriate.

>The Plaintiff,
>JOHN D. LANE
>
>By their attorneys,
>JACOBS PARTNERS LLC
>
>
>_____
>Gerry A. McMahon (CT24881)
>Robert M. Fleischer (CT11960)
>Mark R. Jacobs (CT12255)
>Merritt View
>383 Main Avenue
>Norwalk, CT 06851
>Tel: (203) 846-6622

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X
:
JOHN D. LANE,                                              :
                                                           :
           Plaintiff,                                      :   Case No. 3:02CV1038 (AWT)
                                                           :
    -v-                                                    :
                                                           :
JEFFERSON PILOT FINANCIAL                                  :
INSURANCE COMPANY,                                         :
                                                           :
           Defendant.                                      :   February 17, 2004
-----------------------------------------------------------X


## PLAINTIFF'S LOCAL RULE 56(a)(1) STATEMENT

The plaintiff, John D. Lane (Alternatively "John Lane," "Lane" or the "Plaintiff") by his attorneys, JACOBS PARTNERS, LLC, pursuant to D. Conn. L. Civ. R. 56(a)(1), in support of his Motion for Partial Summary Judgment, hereby submits his statement of each material fact as to which he contends there is no genuine issue to be tried[1]:

1. John Lane is the insured under a disability income insurance policy, designated as Policy No. 009002259 (the "Policy"), issued by the Defendant, or its predecessor, on October 28, 1994 (the "Issue Date"). (Complaint ¶¶5, 6 (Exhibit 1-B); Answer ¶¶5, 6 (Exhibit 1-C).

2. John Lane did not make any false or misleading statement of any material fact, or omit to state any material fact, to the Defendant or its agent, Corporate Compensation Plans, Inc. ("CCP") when he applied for the Policy in 1994.

3. At the time John Lane applied for the Policy, CCP was the Defendant's duly appointed agent, and was authorized to take John Lane's application for the Policy. (General Agent's Contract, Exhibit 1-K).

---

[1] The exhibit references below refer to the exhibits to the Affidavit of Gerry A. McMahon, Esq., which is Exhibit 1 to the Plaintiff's Memorandum of Law and Points of Authority in Support of Motion for Summary Judgment.

4. In connection with John Lane's application for the Policy, CCP, at all times, was acting pursuant to and within the scope of its authority as an agent of the Defendant. (General Agent's Contract, Exhibit 1-K)

5. John Lane, in connection with his application for the Policy, expressly disclosed to CCP his 1984 episode of depression. (Trial Application, Exhibit 1-H).

6. The Defendant did not seek to cancel or rescind the Policy for any reason within two years following the Issue Date.

7. John Lane did not intentionally or negligently misrepresent any material fact, or fail to disclose an material fact to the Defendant, its predecessors, or its agents, in connection with his application for the Policy.

Dated: Norwalk, Connecticut
       February 17, 2004

                The Plaintiff,
                JOHN D. LANE

                By their attorneys,
                JACOBS PARTNERS LLC

                Gerry A. McMahon (CT24881)
                Robert M. Fleischer (CT11960)
                Mark R. Jacobs (CT12255)
                Merritt View
                383 Main Avenue
                Norwalk, CT 06851
                Tel: (203) 846-6622

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via first class mail, postage paid, on 17th day of February, 2004, 2003, upon the following:

Pamela Levin Cameron, Esq.
Lewis K. Wise, Esq.
David J. Heinlein, Esq.
Elizabeth J. Robbin, Esq.
Rogin, Nassau, Caplan,
    Lassman & Hirtle, LLC
City Place I, 185 Asylum Street
Hartford, CT 06103-3460

                                    Robert M. Fleischer