UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
:
JOHN D. LANE : 
:
    v. : Case No. 302CV1038 (AWT)
:
JEFFERSON PILOT FINANCIAL :
INSURANCE COMPANY : March 9, 2004
:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF FILING EXHIBITS (HARD COPIES)**

**Defendant's Local Rule 56(a) (2) Statement**

**Attachments:**

Exhibit A. – Affidavit of Susan Schoenfeld dated March 9, 2004.

Exhibit B – Affinity Resource Corporation, Status Sheet dated March 8, 2001.

Exhibit C – Chubb LifeAmerica, Disability Income Application dated September 7, 1994.

Exhibit D – Deposition Transcript of Bert Diament dated September 16, 2003, pp. 11 and 49.

Exhibit E – National Life of Vermont, Application for Disability Insurance – Part II.

Exhibit F – Continued Deposition Transcript of John Lane dated June 16, 2003, pp. 527-533 and 535.

Exhibit G – Deposition Transcript of Frank Woodall dated July 31, 2003, pp. 20, 26, 27, 30, 31 and 33.

Exhibit H – Deposition Transcript of Philip Davis dated July 15, 2003, pp. 22-24.

Exhibit I – Deposition Transcript of Tracy Shaw dated May 9, 2003, p. 31.

**Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment**

**Attachments:**

Exhibit A. – Affidavit of Susan Schoenfeld dated March 9, 2004.

Exhibit B – Affinity Resource Corporation Status Sheet dated March 8, 2001.

Exhibit C – Chubb LifeAmerica, Disability Income Application dated September 7, 1994.

Exhibit D – Deposition Transcript of Bert Diament dated September 16, 2003, pp. 11 and 49.

Exhibit E – National Life of Vermont, Application for Disability Insurance – Part II.

Exhibit F – Continued Deposition Transcript of John Lane dated June 16, 2003, pp. 527-533 and 535.

Exhibit G – Deposition Transcript of Frank Woodall dated July 31, 2003, pp. 20, 26, 27, 30, 31 and 33.

Exhibit H – Deposition Transcript of Philip Davis dated July 15, 2003, pp. 22-24.

Exhibit I – Deposition Transcript of Tracy Shaw dated May 9, 2003, p. 31.

Exhibit J – Jefferson Pilot Financial, Residual Income Rider with Recovery Benefits.

Exhibit K – Chubb LifeAmerica Medical History Questionnaire.

Exhibit L – The Bridgeport Medical Group, P.C., Geoffrey S. Gladstein, M.D. Report.

<u>Minnesota Mutual Life Ins. Co. v. Robert Ricciardello, D.M.D.</u>, (1997 WL 631027 (D.Conn.)).

                                         THE DEFENDANT, JEFFERSON PILOT
                                         FINANCIAL INSURANCE COMPANY

                              By:_____
                                Pamela Levin Cameron
                                Federal Bar No. ct22659
                                Rogin, Nassau, Caplan, Lassman &
                                    Hirtle, LLC
                                CityPlace I, 22nd Floor
                                185 Asylum Street
                                Hartford, CT 06103-3460
                                Telephone No.: 860-278-7480
                                Fax No.: 860-278-2179
                                E-mail: pcameron@roginlaw.com

## **CERTIFICATION**

　　This is to certify that a copy of the foregoing has been mailed on this 9th day of March, 2004 to the following:

Robert M. Fleischer, Esq.
Gerry A. McMahon, Esq.
Jacobs Partners, LLC
Merritt View
383 Main Avenue
Norwalk, CT  06851

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pamela Levin Cameron