UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************

JOHN D. LANE

v.                                      Case No. 302CV1038 (AWT)

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY              February 10, 2003

*******************************************

## MOTION TO WITHDRAW APPEARANCE

The undersigned, Pamela Levin Cameron, who has entered an Appearance on behalf of the Defendant, Jefferson Pilot Financial Insurance Company, in the above entitled matter, respectfully requests the Court to allow the undersigned to withdraw her Appearance in that the undersigned is leaving the firm of Rogin, Nassau, Caplan, Lassman & Hirtle, LLC.

Elizabeth J. Robbin, Esq. and Lewis K. Wise, Esq. of Rogin, Nassau, Caplan, Lassman & Hirtle, LLC will continue to represent the Defendant in this matter.

        Defendant, Jefferson Pilot Financial
        Insurance Company

By: _____*Pam C.*_____
        Pamela Levin Cameron
        Federal Bar No. ct22659
        Rogin, Nassau, Caplan, Lassman &
           Hirtle, LLC
        CityPlace I, 22nd Floor
        185 Asylum Street
        Hartford, CT 06103-3460
        Telephone No.: 860-278-7480
        Fax No.: 860-278-2179
        E-mail: pcameron@roginlaw.com

2

W:\Public\L.Wise\Jefferson Pilot Financial\Lane, John D\Pleadings\Motion to Withdraw Appearance.doc
3/31/06 2:51 PM
*LAW OFFICES* • **ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC**
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed by prepaid postage on this 31st day of March, 2006 to the following:

Mark R. Jacobs, Esq.
Robert M. Fleischer, Esq.
Merritt View
383 Main Avenue
Norwalk, CT  06851

*Pam C*
_____
Pamela Levin Cameron
Federal Bar No. ct22659
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460
Telephone No.: 860-278-7480
Fax No.: 860-278-2179
E-mail: pcameron@roginlaw.com

3

W:\Public\L.Wise\Jefferson Pilot Financial\Lane, John D\Pleadings\Motion to Withdraw Appearance.doc
3/31/06 2:51 PM

**LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC**
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793