UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X
                                                                                                     :

**JOHN D. LANE,**                                                   :

      **Plaintiff,**                                 :   Case No.  3:02CV1038 (AWT)

  V.                                                              :

**JEFFERSON PILOT FINANCIAL**       :
**INSURANCE COMPANY,**               :

      **Defendant.**                          :
-------------------------------------------------------------X   July 19, 2006

## NOTICE OF NAME CHANGE

**PLEASE TAKE NOTICE**, that effective immediately **MORGENSTERN JACOBS & BLUE, LLC** has changed its name to **JACOBS PARTNERS LLC.** All future reference to the firm in this matter should be to **JACOBS PARTNERS, LLC.** The firm's and its lawyers' addresses, and phone numbers have not been affected by this change. However, the email address have been changed to:

      **Mark Jacobs: mark.jacobs@jacobs-partners.com**
      **Robert M. Fleischer: Robert.fleischer@jacobs-partners.com**

Dated this 19th day of July 2006 at Norwalk, Connecticut.

                                        The Plaintiff
                                        JOHN D. LANE
                                        By his attorneys,
                                        JACOBS PARTNERS LLC

                              By: _/s/ Robert M. Fleischer_____
                                        Mark R. Jacobs (CT 12255)
                                        Robert M. Fleischer (CT 11960)
                                        Merritt View
                                        383 Main Avenue
                                        Norwalk, CT 06851
                                        Telephone: (203) 846-6622

## **CERTIFICATION**

      The undersigned attorney hereby certifies that a copy of the foregoing Notice of Deposition was sent, via first class mail, postage prepaid, on this 19th day of July, 2006 to the following:

Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
Cityplace I, 22nd Floor
185 Asylum Street
Hartford, Connecticut 06103-3460


           /s/ Robert M. Fleischer
          Robert M. Fleischer (CT 11960)