**JACOBS PARTNERS, LLC**
ATTORNEYS AT LAW
383 MAIN AVENUE
NORWALK, CONNECTICUT 06851
TELEPHONE: (203) 846-6622
FACSIMILE: (203) 846-6621

ROBERT M. FLEISCHER
ADMITTED IN CONNECTICUT AND NEW YORK
robert.fleischer@jacobs-partners.com

November 10, 2006

<u>*Filed Via ECF*</u>
Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT 06103

   *Re: <u>John D. Lane v. Jefferson Pilot Financial Insurance Company;
     Case No. 3:02CV1038(AWT)</u>*

Dear Honorable Sir:

  This firm represents John D. Lane, the plaintiff in the above-referenced action. I write in regard to the Order entered by Your Honor on November 8, 2006 directing the parties to submit a joint pre-trial memorandum by December 7, 2006, and to request a 45 day extension of that deadline.

  The reason for this request is that I am currently working on post-trial briefs in a case that I recently tried before Judge Lynda Munro in the Complex Litigation division of the Superior Court. The trial began on September 12th and ended on October 3rd. Pursuant to the briefing schedule set by Judge Munro in early October, both sides of the case are required to submit initial post-trial briefs on November 21st, and reply briefs on December 8th. Given the complexity of the factual and legal issues that must be addressed in the briefs, I feel that it is going to be difficult for me to give the Joint Pre-Trial Memorandum in this case the full attention it requires until after December 7th. Accordingly, I believe there is just cause for a reasonable extension of the deadline set by Your Honor to file a joint pre-trial memorandum.

  I have conferred with the defendant's attorney, E. J. Robbin, Esq., about this request. Attorney Robbin indicated to me that the Defendant consents to the extension. However, because she is getting married in early January, 2007, she requests that the extension be at least 45 days. Insofar as the Court has not assigned a tentative trial date for this case, I believe Defendants' counsel's request for at least 45 days is not unreasonable. Accordingly, we request that the Court extend the due date for the pre-trial memorandum to January 22, 2007.

Honorable Alvin W. Thompson
November 10, 2006
Page 2

    This is the first request submitted by either party for an extension of the deadline to submit the joint pre-trial memorandum.

    Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      /s/ Robert M. Fleischer

                                      Robert M. Fleischer

cc: E. J. Robbin, Esq. (Defendant's Counsel)