UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X
                                                                                    :

JOHN D. LANE,                                                :

        Plaintiff,                                  :   Case No.  3:02CV1038 (AWT)
                                                    :      (ECF Case)
   v.                                                         :
                                                    :

JEFFERSON PILOT FINANCIAL       :
INSURANCE COMPANY,                  :
                                                   :

       Defendant.                              :   November 10, 2006
-------------------------------------------------------------X

**PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO FILE JOINT TRIAL MEMORANDUM**

      The Plaintiff, John D. Lane (hereafter "the Plaintiff"), through his undersigned attorneys, hereby requests, pursuant to D. Conn. L. Civ. R. 7(b) an extension of the parties' deadline to file a joint trial memorandum (the "Joint Trial Memorandum"). In support hereof, the Plaintiff represents as follows:

      1.    On November 7, 2006, the Court entered an order (Doc. No. 89) directing the parties to file a Joint Trial Memorandum no later than December 7, 2006.

      2.    Plaintiff's counsel is currently working on post-trial briefs in a case recently tried in the Complex Litigation division of the Connecticut Superior Court before the Hon. Lynda Munro. That trial began on September 12, 2006 and ended on October 4, 2006.

      3.    Pursuant to the briefing schedule set by Judge Munro in early October, both sides of the case are required to submit initial post-trial briefs on November 21, 2006, and reply briefs on December 8, 2006.  Given the complexity of the factual and legal issues that must be addressed in the briefs, Plaintiff's counsel will have difficulty attending to the preparation of the Joint Trial Memorandum in this case until after December 8, 2006. Accordingly, Plaintiff's counsel submits that there is just cause for a

reasonable extension of the deadline to file the Joint Trial Memorandum.

    4.    On November 9, 2006, Plaintiff's attorney, undersigned, conferred with the Defendant's attorney, Elizabeth J. Robbin, Esq., about this request. Attorney Robbin indicated that the Defendant consents to the extension. However, because attorney Robbin is getting married in early January, 2007, she requested that the extension be at least 45 days. Insofar as the Court has not assigned a tentative trial date for this case, Plaintiff's counsel believes that Defendants' counsel's request for at least 45 days is not unreasonable. Accordingly, the parties request that the Court extend the parties' deadline to file the joint Trial Memorandum to January 22, 2007.

    5.    This is the Plaintiff's first request for an extension of the deadline to file the joint Trial Memorandum.

**WHEREFORE**, the Plaintiff respectfully requests that the Court grant this request and extend the parties' deadline to file the joint Trial Memorandum to January 22, 2007, or such later date as the Court deems appropriate.

Dated: November 10, 2006

        The Plaintiff,
        JOHN D. LANE
        By his attorneys,
        JACOBS PARTNERS LLC


        /s/ Robert M. Fleischer
        Robert M. Fleischer (CT11960)
        Mark R. Jacobs (CT12255)
        Merritt View
        383 Main Avenue
        Norwalk, CT 06851
        Tel: (203) 846-6622

**CERTIFICATION**

    The undersigned hereby certifies that service of the foregoing Motion For Extension of Time to File Joint Trial Memorandum was accomplished on this 10th day of November, 2006 through the Notice of Electronic Filing for all counsel of record in this case.

                                                      /s/ Robert M. Fleischer
                                            Robert M. Fleischer