UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************:
:
JOHN D. LANE                              :
:
:
v.                                        :  Case No. 302CV1038 (AWT)
:
JEFFERSON PILOT FINANCIAL                 :
INSURANCE COMPANY                         :  January 22, 2007
:
*******************************************

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for defendant Jefferson Pilot Financial Insurance Company.

                                  Defendant, Jefferson Pilot Financial
                                  Insurance Company

                                  By: /s/ M. Wax-Krell
                                  Matthew T. Wax-Krell [ct26905]
                                  Rogin, Nassau, Caplan, Lassman
                                      & Hirtle, LLC
                                  CityPlace I, 22nd Floor, 185 Asylum Street
                                  Hartford, CT  06103-3460
                                  *Phone 860-278-7480 / Fax 860-278-2179*
                                  mwax-krell@roginlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

******************************************  :
                                            :
JOHN D. LANE                                :
                                            :
                                            :
    v.                                      :    Case No. 302CV1038 (AWT)
                                            :
JEFFERSON PILOT FINANCIAL                   :
INSURANCE COMPANY                           :    January 22, 2007
                                            :
******************************************

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2007, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Mark R. Jacobs, Esq.
Robert M. Fleischer, Esq.
Jacobs Partners LLC
Merritt View
383 Main Avenue
Norwalk, CT  06851
*Phone 203-846-6622 / Fax 203-846-6621*
email mark.jacobs@jacobs-partners.com

W:\Public\EGreenspan\Jefferson Pilot Financial\Lane, John D\Pleadings\Appearance (MWK) 01-2007.doc

*LAW OFFICES* • **ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC**
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

Defendant, Jefferson Pilot Financial Insurance Company

By: *M. Wax-Krell*
Matthew T. Wax-Krell [ct26905]
Rogin, Nassau, Caplan, Lassman
  & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT  06103-3460
*Phone 860-278-7480 / Fax 860-278-2179*
mwax-krell@roginlaw.com

W:\Public\EGreenspan\Jefferson Pilot Financial\Lane, John D\Pleadings\Appearance (MWK) 01-2007.doc