**NERA**
Economic Consulting

Chudozie Okongwu
Vice President

National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036
+1 212 345 3000  Fax +1 212 345 4650
Direct dial: +1 212 345 5003
chudozie.okongwu@nera.com
www.nera.com

# CHUDOZIE OKONGWU
## VICE PRESIDENT

Dr. Okongwu received his PhD in economics from the University of California, Berkeley, with concentrations in international finance and industrial organization. His doctoral dissertation focused on the determinants and consequences of volatile portfolio capital flows to emerging market countries. He received his SB in economics from the Massachusetts Institute of Technology.

Prior to joining NERA, Dr. Okongwu was a member of Paribas's Fixed Income emerging markets team in New York and London. His responsibilities included analysis of the economies and sovereign assets of countries in Eastern Europe, the Middle East, and Africa. In this capacity, he provided the firm's traders and clients with inter- and intra-country asset recommendations. He was also responsible for trading some local currency instruments and for marketing a broad range of fixed income products, including over-the-counter options and credit derivatives.

At NERA, Dr. Okongwu provides litigation support in the Securities and Finance Practice. He has consulted in cases involving the valuation of various fixed income and equity products, options, convertible securities, and exotic financial structures. He has analyzed the effects of frequent trading in mutual funds and the suitability of certain investment strategies for brokers' institutional and retail clients, among other issues. In addition, he has consulted in cases involving regulatory disputes and the valuation of contracts.

Dr. Okongwu has published articles in the *International Journal of Finance and Economics*.

MMC  Marsh & McLennan Companies

## Education

**University of California at Berkeley**
Ph.D., Economics, 1998
M.A., Economics, 1996

**Massachusetts Institute of Technology**
S.B., Economics, 1988

## Professional Experience

**NERA Economic Consulting**

2004-   Vice President
Directs projects that apply financial economics to consulting and to securities-related litigation.  Analyzes a broad range of issues including materiality, causation, and damages in securities class action litigation.  Has developed and implemented statistical methods to detect market-timing in mutual funds.  Has also directed analyses of the effects of frequent trading by fund shareholders on fund performance.  Consults in cases involving the valuation of equity and fixed income securities as well as exotic derivative structures.  Has analyzed the suitability of a variety of investment strategies and products for individual as well as institutional investors.  Has also analyzed regulatory disputes and the value of contracts.  The assignments have spanned a range of industries including banking, leasing, brokerage, asset management, oil and gas, mining, healthcare, gaming, and computer software.

2001-2004   Senior Consultant

1999-2001   Consultant

**Paribas Capital Markets (London, UK)**

1997-1998   Sales/Trader, Fixed Income Emerging Markets Department
Advised clients on a broad range of emerging market products including: Brady bonds, eurobonds, local currency debt instruments, credit derivatives, and OTC options on Brady bonds and Eurobonds.  Clients included: UK asset managers, UK and continental European private banks, as well as UK and US bank proprietary accounts. Also traded local currency instruments for the bank on a proprietary basis.

1996-1997   Economist/Strategist, Fixed Income Emerging Markets Department
Provided analysis of Emerging Market economies and sovereign debt, primarily for countries in Eastern Europe, Africa, and the Maghreb.  Evaluated the size and nature of sovereign obligations and determined the likely effects of various political and macroeconomic scenarios on the probability and extent of debt service.  Responsible for advising traders, global sales force, and clients on inter-country and intra-country asset allocation recommendations and trading

strategies. Provided country-specific, as well as global, analysis for quarterly publications. Authored, as well as contributed to, several one-off research pieces.

**The Energy Institute (Berkeley, CA)**
1993-1994  Research Assistant
Analyzed differences in the efficiency of public and private electric utilities among a cross-section of developing and transition economies. Investigated the impact of legal rules, property rights, and regulatory regimes on firm performance.

**WT Chen & Company (Cambridge, MA)**
1989-1991  Responsible for the planning, implementation, and delivery of large-scale government information systems projects. Extensively consulted with client management teams to plan rapid systems development projects suitable to their organizations. Also responsible for maintaining communications with clients and addressing their concerns. Devised a program to effectively tailor and transfer rapid application development methodologies to client organizations.

**Morgan Stanley & Co. (New York, NY)**
1989  Analyst, Equities Division
Provided quantitative support to convertible bond trading desk. Designed application programs upon request for traders and salespeople. Used rigorous quantitative techniques to value various equity-derivative securities. Also acted as liaison between the firm and institutional clients that leased its securities valuation software.

## Honors and Professional Activities

American Economic Association/Federal Reserve System Fellowship, 1995

Graduate Opportunity Fellowship, University of California, Berkeley, 1992

Graduate Opportunity Fellowship, 1991

Member, American Finance Association

Member, American Economics Association

## Publications and Speeches

"An Overview of the Capital Asset Pricing Model," New York County Lawyers' Association Committee on Securities and Exchanges, 2006.

"Broker-Customer Disputes," *Hindsight on 18 Years of Securities Arbitration*, New York County Lawyers' Association, 2005.

"(Market) Timing Is (Not) Everything" (with Fred Dunbar), *Wall Street Lawyer*, Vol. 7, No. 5, (c) 2003 Glasser LegalWorks.

"Inflation Methodologies in Securities Fraud Cases: Theory and Practice" (with David Tabak), published in *Securities Litigation & Enforcement Institute, 2003*, by the Practising Law Institute. Previously published as a NERA Working Paper in July 2002.

"Liberalized Portfolio Capital Inflows in Emerging Markets: Sterilization, Expectations, and the Incompleteness of Interest Rate Convergence" (with Jeffrey Frankel), *International Journal of Finance and Economics*, vol. 1:1 (January 1996): 1-24 also issued as National Bureau of Economic Research Working Paper no. 5156.

## Expert Reports and Testimony

Deposition Testimony and Expert Report, In the Supreme Court of the State of New York for the County of New York in *Jeremy M. Jones, et al. v. PricewaterhouseCoopers LLP* on calculating damages from the alleged mis-marking of a portfolio of convertible bonds, 2006.

Deposition Testimony and Expert Report, In the Circuit Court of Cook County, Illinois – County Department, Law Division in *Freeman, Freeman & Salzman, P.C. Employees' Profit Sharing Plan, et al. v. PricewaterhouseCoopers LLP* on calculating damages from the alleged mis-marking of a portfolio of convertible bonds, 2006.

Expert Report, In the Supreme Court of the State of New York for the County of New York in *Matthew Serino, et al. v. Kenneth Lipper, PricewaterhouseCoopers LLP, et al.* on calculating damages from the alleged mis-marking of a portfolio of convertible bonds, 2006.

Expert Report, In the United States District Court for the Southern District of New York in *Fredda Levitt, et al. v. PricewaterhouseCoopers LLP* on calculating damages from the alleged mis-marking of a portfolio of convertible bonds, 2006.

Expert Reports, In the Supreme Court of the State of New York for the County of New York in *Richard A. Williamson as Successor Liquidating Trustee on Behalf of Lipper Convertibles, L.P. and Lipper Fixed Income Fund, L.P. v. PricewaterhouseCoopers LLP* on calculating damages from the alleged mis-marking of a portfolio of convertible bonds, 2006.

Testimony before NASD Dispute Resolution, *In the Matter of the Arbitration between Corporacion Financiera del Valle S.A. and Merrill Lynch, Pierce, Fenner & Smith, Inc.* on damages due to the alleged improper presentment of an emerging market promissory note, 2006.

Testimony, deposition and expert report, In the Supreme Court of the State of New York for the County of New York in HFTP Investment L.L.C., GAIA *Offshore Master Fund, Ltd. and Caerus Fund Ltd. v. Grupo TMM, S.A.* on damages due to the failure to implement a reset clause on warrants issued by the defendant, 2005.

Expert report, In the United States District Court for the District of Oregon in *James R. Mann, MD, et al. v. William C. St. Laurent, et al.* on the valuation of a defaulted asset backed security, 2004.

Testimony before the National Association of Securities Dealers, Inc. in *Carla Lopez, John Boggan, and Donald Kreft Jr. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* on alleged damages resulting from holding a concentrated stock position acquired by the leveraged exercise of employee stock options, 2004.

Testimony before the New York Stock Exchange, Inc. Department of Arbitration in *Joseph T. Apprendi and Scott J. Paternoster v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* on potential damages as a result of an allegedly unsuitable strategy involving equity based compensation, 2003.

Expert report before the United States District Court for the District of Connecticut in *John D. Lane v. Jefferson Pilot Financial Insurance Company* on changes in the market for equity offerings between 1999 and 2002, 2003.

Declaration before the United States District Court for the Eastern District of New York, *In Re: Jennifer Convertibles Securities Litigation* in opposition to Plaintiffs' Daubert Motion, 2003.

Expert report before the American Arbitration Association, *In the Matter of the Arbitration between Thomas R. Pilholski and Inamed Corporation and McGhan Medical Corporation* on the value of disputed employee stock options, 2001.

## Selected Project Descriptions

*Securities Fraud*

Consulted in a number of securities fraud class action cases (Section 10b-5, Sections 11 and 12) across various industries involving allegations of securities fraud. Performed analyses of class certification, liability, materiality, affected trading volume, and damage estimates.

Valued various classes of securities issued by a drug distribution company in order to evaluate the appropriateness of a share repurchase plan initiated by management.

Analyzed alleged damages to a group of investors as a result of the failure of a company to register a large unregistered stock position in a timely manner.

*Mutual Funds*

Assisted several investment managers with the identification of market-timing activity in mutual funds and the quantification of any effects from such activity on the funds' other investors. Have also provided support to the investment managers in discussions with regulators.

Assisted investment managers with the quantification of any damages resulting from the imposition of trading restrictions on mutual fund investors who practiced frequent trading.

*Business and Asset Valuation*

Analyzed the value of a U.S. dollar denominated security backed by securitized emerging market local-currency receivables.

Analyzed the size, performance, and valuation of a portfolio of real estate investments (direct investments, limited partnerships, mortgage loans, and guarantees) held by a large financial services firm in order to determine whether the effect of these investments on firm performance was properly recorded and foreseeable.

Analyzed merger and spin-off transactions involving a large conglomerate in order to determine whether the transactions constituted a fraudulent conveyance.

Derived theoretical valuations for the convertible securities issued by a technology firm under various assumptions concerning failure to provide adequate disclosure of the businesses future prospects at the time of issue.

Evaluated the performance of fixed income securities secured by real estate assets in order to determine causation and damages resulting from a lease dispute.

Assisted defense counsel in the valuation of a technology start up firm that alleges it failed as a result of antitrust violations.

Analyzed the value of a contract in a regulatory dispute involving a financial services firm.

*Investment Suitability*

Analyzed the proprietary investments of a small foreign bank to determine the extent of reliance on an investment bank for trading strategies in the markets for U.S. Treasuries and Treasury derivatives. Also performed analysis of the suitability of investments and alleged excess mark ups on options.

Analyzed a portfolio of emerging market credit derivatives in order to determine whether the investments were appropriately marketed to investors

Analyzed the appropriateness of the compensation practices and leveraged trading strategies employed by a closed-end bond fund involved in a dispute with an investor.

Analyzed trading strategies employing the leveraged exercise of employee stock options in order to determine the extent, if any, of the brokers' responsibility for losses.

December 2006