| | **Lane v. Jefferson Pilot** | |
| | **Index of Plaintiff's Proposed Trial Exhibits** | |
| | | |
| **Exhibit Number** | **Description** | **Status** |
| 1 | Disability Income Policy, No. 009002259, Issued on October 28, 1994 to John Derek Lane, with Policy Schedule; Own Occupation Rider; and Residual Income Rider with Recovery Benefit | |
| 2 | Letter dated March 3, 1994 from Robert L. Cope to John D. Lane. | |
| 3 | Letter dated September 6, 1994 from Craig G. Daves, Corp. Comp. Plans, Inc., to John D. Lane, bearing "Ref. No. P94-146" with handwritten notes. | |
| 4 | Document titled "The Individual Disability Income Plan; Your Plan Information; Mr. John D. Lane," (undated). | |
| 5 | General Agent Agreement between Chubb Life Insurance Company of America and Corporate Compensation Plans, Inc., effective May 9, 1994 | |
| 6 | Disability Income Application Form (Chubb LifeAmerica), Bearing No. 001601, re Policy 009002259, signed by John D. Lane on September 7, 1994.(also bearing numbers 0009 0017 to 0009 0021) | |
| 7 | Application for Disability Insurance "Part II", (National Life of Vermont) (bearing nos. 0008 0024 to 0008 0025). | |
| 8 | Memo dated July 25, 1994 from to "Julie" from Susan Schoenfeld, re "John Lane trial inquiry." | |
| 9 | Application Form (1 page), Chubb LifeAmerica form, with handwritten notation "To Julie Kerton - Corp Compensation; John D. Lane; Nutmeg Securities Ltd" | |
| 10 | Paule Revere Disability Income Underwriting Manual (Bates Nos. 300325 through 301129 | |
| 11 | Premium Summary (Chubb Life Trilogy Disability Portfolio) November 14, 1994, with handwritten comments | |
| 12 | Letter dated September 2, 1994 from Julie Kerton, Corporate Compensation Plans, Inc. to John Lane. | |
| 13 | Letter from John Lane to "Julie/Craig" dated September 7, 1994 (handwritten) | |
| 14 | Chubb LifeAmerica underwriting file for John D. Lane (1994), Produced by Jefferson Pilot in discovery (Bates Nos. 500617 through 500744). | |
| 15 | Chubb LifeAmerica underwriting file for John D. Lane (1995), Produced by Jefferson Pilot in discovery (Bates Nos. 500781 through 500837). | |

| | | |
|---|---|---|
| 16 | Letter dated December 1, 1994 addressed to Theresa O'Leary re "Window of Opportunity Regarding The SIA/Chubb Guaranteed Premium Disability Program (unsigned). | |
| 17 | Check stub ($710.12) issued by Chubb Life Insurance Company of America, re "REFUND OF OVERPAYMENT OF INITIAL PREMIUM," with copy of corresponding Chubb LifeAmerica check request. | |
| 18 | Letter dated July 17, 1995 from Chubb LIfeAmerica to John Derek Lane, re Policy No. 009002259. | |
| 19 | Notice of Premium due 10/28/95 ($4,977.98) with handwritten comments | |
| 20 | Notice of Premium due 10/28/96 ($5,371.89) with handwritten comments | |
| 21 | Notice of Premium due 10/28/97 ($5,809.80) | |
| 22 | Notice of Premium due 10/28/98 ($6,297.24) with handwritten comments | |
| 23 | Notice of Premium due 10/28/00 ($6,297.24) with handwritten comments | |
| 24 | Premium Notice due 10/28/01 ($6,297.24) with handwritten comments | |
| 25 | Premium Notice due 10/28/02 ($6,297.24) with handwritten comments | |
| 26 | Letter dated May 12, 1998 from Jefferson Pilot Financial to John Derek Lane, Re Policy No. 009002259 | |
| 27 | Name Change Endorsement dated effective May 1, 1998 | |
| 28 | Letter dated June 16, 1998 from Amy Outhouse, Corporate Compensation Plans, Inc., to John Lane, re Policy No. 9002259 | |
| 29 | Lost Policy Agreement, with handwritten notes and copy of check for $25.00 dated November 17, 2000, re Policy No. 009002259. | |
| 30 | Letter from Terry Ross to John Lane dated May 21, 2001, re Claim no. 69478 | |
| 31 | Notice of Claim Health/Disability (Jefferson Pilot Financial), Executed by John D. Lane on May 25, 2001, bearing stamp: "Processed June 04, 2001", with copy of addressed envelope to Jefferson Pilot Financial. | |
| 32 | Letter from John Lane to Bert Diament dated "Wed 5/30" (handwritten). | |
| 33 | Letter from Terry Ross to John Lane dated June 8, 2001, re Claim no. 69478, stamped "MAILED Jun 08 2001" | |
| 34 | Questionaire, (in letter form, from Terry Ross to John Lane dated June 8, 2001), with handwritten responses signed by John Lane on June 26, 2001) (7 pages). | |
| 35 | Letter from Terry Ross to John D. Lane dated June 13, 2001, re Claim #69478. | |
| 36 | Progress Report, signed by John D. Lane on June 26, 2001 | |
| 37 | Letter from Terry Ross to John Lane dated July 3, 2001, Re Claim #69478. | |
| 38 | Letter from John D. Lane to Terry Ross, dated July 9, 2001 (handwritten). | |
| 39 | Letter from John D. Lane to Terry Ross, dated July 13, 2001 (handwritten). | |
| 40 | Written Statement of John D. Late dated July 13, 2001 (handwritten) (10 pages). | |

| | |  |
|---|---|---|
| 41 | Report, KAS-PER Resources, Inc., dated July 27, 2001, issued to Terry Ross re Jefferson Pilot Claim No. 69478 | |
| 42 | Letter from Terry Ross to John D. Lane, dated July 31, 2001, with handwritten markings. | |
| 43 | Letter from Terry Ross to John Lane, dated August 9, 2001, re Claim # 69478 | |
| 44 | Letter from Terry Ross to John Lane, dated August 15, 2001, re Claim # 69478 | |
| 45 | Letter from John D. Lane to Terry Ross, dated August 15, 2001, Re Claim # 69478 (handwritten). | |
| 46 | Letter from Terry Ross to John Lane, dated September 18, 2001, re Claim # 69478 (with handwritten comments). | |
| 47 | Questionare, (in letter form, from Terry Ross to Somerset Financial Group, dated September 24, 2001), with handwritten responses signed by William Schloth as "CFO/Owner." | |
| 48 | Letter from John Lane to Terry Ross, dated November 1, 2001 (handwritten). | |
| 49 | Letter from John Lane to Terry Ross, dated November 5, 2001 (handwritten). | |
| 50 | Letter from Terry Ross to John Lane dated November 29, 2000, re Policy No. 009002259 | |
| 51 | Letter from Terry Ross to John Lane dated December 5, 2001 re Claim # 69478 | |
| 52 | Letter from Robert M. Fleischer, Jacobs Partners LLC, to Jefferson Pilot Financial Insurance Co., dated February 8, 2002, re Claim # 69478 | |
| 53 | Letter from Terry Ross to Jacobs Partners LLC dated February 21, 2002 re Claim # 69478 | |
| 54 | Letter from Robert M. Fleischer, Jacobs Partners LLC, to Jefferson Pilot Financial Insurance Co., dated April 2, 2002, re Claim # 69478 | |
| 55 | Letter from Terry Ross to Jacobs Partners LLC dated April 16, 2002 re Claim # 69478 | |
| 56 | Letter from Robert M. Fleischer, Jacobs Partners LLC, to Lewis K. Wise, Esq., dated October 17, 2002, re Case No. 3:02-CV-1038 (AWT) | |
| 57 | Jefferson Pilot Financial claim file for John D. Lane (Bates Nos. 500153 to 500366), (produced by Defendant in discovery). | |
| 58 | Joint Income Tax Return for John D. Lane and Susan E. Lane, Federal, 1998. | |
| 59 | Joint Income Tax Return for John D. Lane and Susan E. Lane, Federal, 1999. | |
| 60 | Joint Income Tax Return for John D. Lane and Susan E. Lane, Federal, 2000 | |
| 61 | Joint Income Tax Return for John D. Lane and Susan E. Lane, Federal, 2001. | |
| 62 | Joint Income Tax Return for John D. Lane and Susan E. Lane, Federal, 2002. | |
| 63 | Joint Income Tax Return for John D. Lane and Susan E. Lane, Federal and State, 2003. | |

| | | |
|---|---|---|
| 64 | Joint Income Tax Return for John D. Lane and Susan E. Lane, Federal, 2004. | |
| 65 | Joint Income Tax Return for John D. Lane and Susan E. Lane, Federal, 2005. | |
| 66 | W-2's 1996/1998 and 1999/2000 (two pages) | |
| 67 | Plaintiff's Damages Analysis - Revised (to be prepared) | |
| 68 | Chubb Life Trilogy Disability Portfolio - Premium Summary (11/14/94) | |
| 69 | Letter- from Kathleen M. Stanzione (Corp. Compensation Plans, Inc.) to John Lane dated October 6 1994 | |
| 70 | Chubb Life Trilogy Disability Portfolio - Premium Summary (8/29/94) | |
| 71 | Letter from Craig G. Davis (C.C.P.) to John Lane, dated September 6, 1994 | |
| 72 | Chubb Underwriting File for John Lane, folder titled "From 9/7/1994 Vol. I; File" UPWOR UND-POL-4.8-80.0104167708; Subject 0104167708 LANE JOHN 135401777;" Bates Nos. 300033 through 300126. | |
| 73 | Claim file documents; re John Lane (in form and orde as produced by Jefferson Pilot in discovery), Bates Nos. 300004 - 300032 | |
| 74 | Claim file documents; re John Lane (in form and orde as produced by Jefferson Pilot in discovery), Bates Nos. 300127 through 300250. | |
| 75 | Disability Income Underwriting Manual (Manual No. 125), Bates Nos. 300251 through 300270 (Designated Confidential/Proprietary document). | |
| 76 | Trilogy Disability Portfolio Underwriting Guidelines, Bates Nos. 300271 thorugh 300288, (Designated Confidential/Proprietary document). | |
| 77 | Trilogy Disability Portfolio Occupational Guidelines, Bates Nos. 300289 thorugh 300303, (Designated Confidential/Proprietary document). | |
| 78 | Records of Dr.Cyril Waynick, proeuced in response to request of Affinity Resource Corp dated August 2, 2001; Bates No. 200001 throgh 200080. | |
| 79 | C.V. for Dr. Cyril Waynik. | |
| 80 | Jefferson Pilot Financial Disability Income Claims Worksheet, dated May 16 2001, re Claim No. 69478. | |
| 81 | Information request - KAS-PER Resources, Inc., for information requested by Terry Ross, dated June 13, 2001. | |
| 82 | Claims Dept. telephone inquiry sheet (TAR), dated August 6, 2001. | |
| 83 | Status Sheet - dated August 16 2001, Affinity Resource Corp., prepared by Melissa Palazzulo, re Dr. Cyril Waynik. | |
| 84 | Fax Request from Terry Ross to Affinity Resource Corp., dated July 31, 2001. | |
| 85 | Individual Claims Medical Referral from Terry Ross to "Medical Department", dated September 5, 2001. | |
| 86 | Memo, from Terry Ross to Norman Carrier, dated September 7, 2001, re Claim No.69478 | |

| | | |
|---|---|---|
| 87 | Jefferson Pilot Claims department Telephone Inquiry Sheet (Terry Ross), dated July 9, 2001. | |
| 88 | Jefferson Pilot Claims department Telephone Inquiry Sheet (Terry Ross), dated September 24, 2001. | |
| 89 | Jefferson Pilot Claims department Telephone Inquiry Sheet (Terry Ross), dated September 26, 2001. | |
| 90 | Jefferson Pilot Claims department Telephone Inquiry Sheet (Terry Ross), dated October 10, 2001. | |
| 91 | Jefferson Pilot Claims department Telephone Inquiry Sheet (Terry Ross), dated October 25, 2001. | |
| 92 | Jefferson Pilot Claims department Telephone Inquiry Sheet (Terry Ross), (undated) with attached message slip dated October 29, 2001. | |
| 93 | Jefferson Pilot Claims department Telephone Inquiry Sheet (Terry Ross), dated November 27, 2001. | |
| 94 | Jefferson Pilot Claims department Telephone Inquiry Sheet (Terry Ross), dated November 28, 2001. | |
| 95 | "Note To File" from Terry Ross, dated November 30, 2001, re John Lane, Claim No. 69478. | |