## DEFENDANT'S PROPOSED EXHIBIT LIST

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Jefferson Pilot Claim File for John D. Lane, Claim #69478, Filed June 4, 2001. |
| B. | Jefferson Pilot Claim File for John D. Lane, Claim #62866, Filed July 31, 1998 and retired Nov. 4, 1998. |
| C. | Jefferson Pilot Claim File for John D. Lane, Claim #62276, Filed March 20, 1997 and retired June 20, 1997. |
| D. | Defendant's Request for Admission dated June 5, 2003. |
| E. | Treatment Notes of Dr. Cyril Waynik. |
| F. | Transcription of John D. Lane's therapy notes by Dr. Diament and underlying Dr. Diament therapy notes. |
| G. | Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests for Production, Certified as signed on December 11, 2002. |
| H. | Affinity Resource Corporation Status Sheet dated June 8, 2001 regarding Dr. Diament treatment dates.  Document signed by Melissa Palazzolo, Records Consultant.  Also marked as Exhibit 1 to John D. Lane Deposition on June 12, 2003. |
| I. | Curriculum Vitae of Lawrence H. Price, M.D. marked as Exhibit 7 to Dr. Price Deposition. |
| J. | July 19, 2003 Report of Dr. Price marked as Exhibit 2 to Dr. Price Deposition. |
| K. | Excerpt of DSM-IV-TR "Mood Disorders, Major Depressive Episode", marked as Exhibit 4 to Dr. Price Deposition. |
| L. | Excerpt of DSM-IV "Mood Disorders, Depressive Disorders", marked as Exhibit 5 to Dr. Price Deposition. |
| M. | Excerpt of DSM-IV "Mood Disorders, Dysthymic Disorders", marked as Exhibit 6 to Dr. Price Deposition. |
| N. | March 24, 1997 letter from Nelson Ortega, Individual Claims Examiner, Chubb Life Insurance Company of America to John D. Lane regarding Claim for Disability Benefits marked as Exhibit 6 to Al Woodall Deposition. |
| O. | Printout of www.lanecapitalmarkets.com. |
| P. | March 28, 2003 Draft letter to Mr. Lloyd "Tim" Rochford, President and CEO of Arena Resources Inc. from Exhibit 3 to Petrelli Deposition. |
| Q. | June 13, 2003 letter from Anthony B. Petrelli of Neidiger, Tucker, Bruner, Inc. to John D. Lane regarding Arena Resources Inc. deal from Exhibit 3 to Petrelli Deposition. |
| R. | June 5, 2003 letter from Anthony B. Petrelli of Neidiger, Tucker, Bruner, Inc. and John D. Lane of Lane Capital Markets, LLC to Mr. Lloyd "Tim" Rochford of Arena Resources Inc. from Exhibit 3 to Petrelli Deposition. |
| S. | Copy of a check in the amount of $3,000.00 dated November 6, 2003 payable to the order of Lane Capital Markets, LLC with enclosure letter from Exhibit 3 to Petrelli Deposition. |

| | |
|---|---|
| T. | E-mail chain between John Lane and Tony Petrelli dated November 6, 2003 from Exhibit 3 to Petrelli Deposition. |
| U. | Draft letter dated June 13, 2003 from Anthony B. Petrelli of Neidiger, Tucker, Bruner, Inc. to John D. Lane regarding Arena Resources Inc. deal from Exhibit 3 to Petrelli Deposition. |
| V. | February 11, 2000 letter from John Lane to Tony Petrelli and Gina Neidiger of Neidiger, Tucker, Bruner, Inc. regarding Entropin Inc. from Exhibit 2 to Petrelli Deposition. |
| W. | Check disbursements to John Lane from Exhibit 2 to Petrelli Deposition. |
| X. | Entropin Inc. document detailing non-accountable expense, management fee and underwriting fees from Exhibit 2 to Petrelli Deposition. |
| Y. | Check to Westport Resources from Exhibit 2 to Petrelli Deposition. |
| Z. | June 7, 2000 letter to John Lane regarding Entropin Inc. exercise of over-allotment from Exhibit 2 to Petrelli Deposition. |
| AA. | Check to Westport Resources from Neidiger, Tucker, Bruner, Inc. in the amount of $7,115.42 from Exhibit 2 to Petrelli Deposition. |
| BB. | Entropin Debits and Credits-Running Totals with handwriting "to Tony/Gina 3/15/2000" from Exhibit 2 to Petrelli Deposition. |
| CC. | March 07, 2000 spreadsheet showing retention and indication totals from Exhibit 2 to Petrelli Deposition. |
| DD. | Underwriting Group retention wire dated March 13, 2000 from Exhibit 2 to Petrelli Deposition. |
| EE. | Westport Resources Investment Services, Inc. Open Contractual Commitment Entropin, Inc. from Exhibit 2 to Petrelli Deposition. |
| FF. | Fax Cover Sheet from Gina N. to John Lane from Exhibit 2 to Petrelli Deposition. |
| GG. | Invitation Wire regarding Entropin Inc. from Exhibit 2 to Petrelli Deposition. |
| HH. | February 23, 2000 letter from Anthony B. Petrelli to John D. Lane regarding Entropin Inc. countersigned by John D. Lane from Exhibit 2 to Petrelli Deposition. |
| II. | Entropin Inc. Underwriter's Questionnaire with information completed by Westport Resources Investment, Inc. signed by John D. Lane from Exhibit 2 to Petrelli Deposition. |
| JJ. | Power of Attorney signed by John D. Lane for Westport Resources Investment Services, Inc. regarding Entropin Inc. from Exhibit 2 to Petrelli Deposition. |
| KK. | March 15, 2000 letter from John D. Lane to Mr. Anthony Petrelli and Ms. Gina Neidiger regarding Entropin Inc. Underwriting Warrant Split from Exhibit 2 to Petrelli Deposition. |
| LL. | February 25, 2000 letter from Tony to John from Exhibit 2 to Petrelli Deposition. |
| MM. | February 23, 2000 unsigned letter from Anthony B. Petrelli to John D. Lane regarding Entropin Inc. from Exhibit 2 to Petrelli Deposition. |
| NN. | Curriculum Vitae of Chudozie Okongwu of National Economic Research Associates. |
| OO. | Expert Report of Chudozie Okongwu dated October 31, 2003. |

| | |
|---|---|
| PP. | April 16, 2002 letter from Terry Ross to John D. Lane. |
| QQ. | April 9, 2002 Individual Claims Referral from Terry Ross to Jane Neidermyer regarding John Lane, Claim #69478. |
| RR. | February 20, 2002 Individual Claims Referral from Terry Ross to Jane Neidermyer regarding John Lane, Claim # 69478. |
| SS. | November 30, 2001 note to file from Terry Ross regarding John Lane, Claim #69478. |
| TT. | September 24, 2001 Claims Department Telephone Inquiry regarding call from John Lane. |
| UU. | September 18, 2001 letter from Terry Ross at Jefferson Pilot to John Lane regarding Claim #69478. |
| VV. | September 7, 2001 Individual Claims Referral from Terry Ross to Norman Carrier with Manager's Comments/Suggestions. |
| WW. | September 5, 2001 Individual Claims Medical Referral from Terry Ross to the Medical Department regarding John Lane. |
| XX. | Handwritten notes regarding employment and medical history. |
| YY. | August 6, 2001 Claims Department Telephone Inquiry from John Lane. |
| ZZ. | July 31, 2001 letter from Terry Ross at Jefferson Pilot to John Lane regarding Policy #009002259, Claim #69478. |
| AAA. | July 12, 2001 report from Kas-Per Resources Inc. to Terry Ross at Jefferson Pilot regarding John Lane. |
| BBB. | Jefferson Pilot Progress Report Health/Disability signed by John D. Lane dated June 26, 2001 with Attending Physician Statement signed by Cyril Waynik dated June 26, 2001. |
| CCC. | July 9, 2001 Jefferson Pilot Claims Department Telephone Inquiry from Suzanne at Kas-Per signed by "TAR". |
| DDD. | June 13, 2001 Jefferson Pilot Claims Department Telephone Inquiry from Susan at Kas-Per regarding John Lane. |
| EEE. | June 8, 2001 Jefferson Pilot Attending Physician's Statement Health/Disability regarding John D. Lane signed by Cyril Waynik. |
| FFF. | June 8, 2001 Jefferson Pilot Claims Department Telephone Inquiry from Melissa at Affinity. |
| GGG. | May 16, 2001 Jefferson Pilot Claims Department Telephone Inquiry from John Lane. |
| HHH. | 2001 Income Tax Return for John D. Lane, Federal and State. |
| III. | 2002 Income Tax Return for John D. Lane, Federal and State. |
| JJJ. | 2003 Income Tax Return for John D. Lane, Federal and State. |
| KKK. | 2004 Income Tax Return for John D. Lane, Federal and State. |
| LLL. | 2005 Income Tax Return for John D. Lane, Federal and State. |