UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
                                                :
**JOHN D. LANE**                                :
                                                :
   v.                               :    Case No. 302CV1038 (AWT)
                                                :
**JEFFERSON PILOT FINANCIAL**                   :
**INSURANCE COMPANY**                           :    January 23, 2007
                                                :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF MANUAL FILING

Please take notice that the defendant, Jefferson Pilot Financial Insurance Company, has manually filed Exhibit B to the Joint Trial Memorandum ("Memorandum"), which Memorandum was electronically filed on January 22, 2007. Exhibit B has not been filed electronically with the Memorandum because the electronic file size exceeds 1.5 megabytes. Exhibit B has been manually served on all parties as part of the Memorandum

                                          Defendant, Jefferson Pilot Financial
                                          Insurance Company


                                          By:_____/s/_____
                                              E.J. Robbin Greenspan [ct14788]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  :
                                                              :
**JOHN D. LANE**                                 :
                                                              :
   v.                                                       :     Case No. 302CV1038 (AWT)
                                                              :
**JEFFERSON PILOT FINANCIAL**      :
**INSURANCE COMPANY**                 :     January 23, 2007
                                                              :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2007, a copy of foregoing Notice of Manual Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Mark R. Jacobs, Esq.
    Robert M. Fleischer, Esq.
    Jacobs Partners LLC
    Merritt View
    383 Main Avenue
    Norwalk, CT  06851
    *Phone 203-846-6622 / Fax 203-846-6621*
    email mark.jacobs@jacobs-partners.com

                    Defendant, Jefferson Pilot Financial
                    Insurance Company

By: _____/s/_____
        E.J. Robbin Greenspan [ct14788]
        Rogin, Nassau, Caplan, Lassman
          & Hirtle, LLC
        CityPlace I, 22nd Floor
        185 Asylum Street
        Hartford, CT  06103-3460
        *Phone 860-278-7480 / Fax 860-278-2179*
        egreenspan@roginlaw.com