**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-----------------------------------------------------------------X
: 
JOHN D. LANE,                                         :
                                                      :
       Plaintiff,                              :    Case No.  3:02CV1038 (AWT)
                                                      :
  -v-                                                 :    ECF Case
                                                      :
JEFFERSON PILOT FINANCIAL                             :
INSURANCE COMPANY,                                    :
                                                      :
       Defendant.                              :    January 25, 2007
-----------------------------------------------------------------X

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

       The plaintiff, John D. Lane (the "Plaintiff"), by his undersigned attorneys, hereby moves, pursuant to Fed. R. Civ. P. 15(a), for entry of an order granting him leave to file an amended complaint against defendant Jefferson Pilot Financial Insurance Company (the "Defendant"), in accordance with the proposed Amended Complaint attached hereto as Exhibit "A."  In support of this Motion, the Plaintiff refers the Court to his supporting Memorandum of Law, submitted contemporaneously herewith.  In support of this motion, Plaintiff represents as follows:

       1.     Plaintiff commenced this action on June 17, 2002 in order to recover damages against the Defendant arising from its failure to pay monthly benefits to the Plaintiff under a certain disability insurance policy (the "Policy") issued by the Defendant to the Plaintiff.  The Plaintiff's complaint (the "Complaint") contained four counts: (1) Breach of Contract; (2) Breach of Implied Covenant of Good Faith and Fair Dealing; (3) CUTPA; and (4) CUTPA/CUIPA. Discovery in this case closed on December 31, 2003.

       2.     On  February 17, 2004, each side filed a motion for partial summary judgment. Pursuant to its Motion, the Defendant sought summary judgment as to the Plaintiff's CUTPA and CUTPA/CUIPA causes of action.  On August 30, 2006, the Court entered orders granting each parties' motions for partial summary judgment. As a result

of the Court's ruling on the Defendant's motion for summary judgment, judgment entered in favor of the Defendant on the Plaintiff's CUTPA and CUTPA/CUIPA claims.

3. The Court has not scheduled the case for trial. However, the Court has ordered the parties to submit a joint Trial Memorandum, which was due on January 22, 2006. As directed, the parties timely submitted a Joint Trial Memorandum.

4. By this Motion, the Plaintiff requests leave to file an amended complaint, substantially in accordance with the proposed amended complaint attached hereto as Exhibit "A." The amendments to the Complaint that the Plaintiff requests are as follows: (1) changing the allegation as to the first date that Plaintiff claims he was entitled to receive disability benefits from April 30, 2000 to September 30, 2001; (2) changing the amount of the monthly benefit that Plaintiff alleges he is entitled to recover from $19,662.00 to 21,038.34; (3) adding allegations relating to the Plaintiff's right to recover premiums paid to the Defendant during his disability; (4) elimination of the CUTPA and CUTPA/CUIPA claims in the complaint, in light of the Court's ruling on Defendants' Motion for Partial Summary Judgment; and (5) changing the prayer for relief, to *inter alia*, claim damages for monthly benefits through completion of the trial of this case. The Plaintiff does not, by his Motion, seek to amend the Complaint to add any additional causes of action against the Defendant.

5. As more fully explained in the Plaintiffs' supporting memorandum of law, granting Plaintiff leave to amend the Complaint is appropriate in light of the specific circumstances of this case. This motion was not unduly delayed, will not cause any undue prejudice to Defendant, and the proposed amendments are not futile. Accordingly, denial of the Plaintiff's request for leave would be unwarranted.

**WHEREFORE**, the Plaintiff respectfully requests that the Court grant the Plaintiff leave to amend the Complaint in this action in accordance with the proposed amended complaint attached hereto as Exhibit A.

Dated:  Norwalk, Connecticut
         January 25, 2007

                                    THE PLAINTIFFS,
                                    By their attorneys,
                                    JACOBS PARTNERS, LLC


                              By: /s/ Robert M. Fleischer_____
                                  Mark R. Jacobs (CT 12255)
                                  Robert M. Fleischer (CT 11960)
                                  Merritt View
                                  383 Main Avenue
                                  Norwalk, Connecticut 06851
                                  Phone: (203) 846-6622
                                  Fax: (203) 846-6621
                                  E-mail: robert.fleischer@jacobs-partners.com

**Certification of Service**

The undersigned hereby certifies that on January 25 , 2007, a copy of the foregoing Plaintiffs' Motion for Leave to File Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Robert M. Fleischer
Robert M. Fleischer (CT 11960)
Jacobs Partners LLC
Merritt View
383 Main Ave.
Norwalk, CT 06851
Tel: (203) 846-6622
Fax: (203) 846-6621
E-mail: robert.fleischer@jacobs-partners.com