UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
******************************************   :
JOHN D. LANE                               :
                                           :
     v.                                    :   Case No. 302CV1038 (AWT)
                                           :
JEFFERSON PILOT FINANCIAL                  :
INSURANCE COMPANY                          :   February 16, 2007
******************************************
```

## DEFENDANT'S DISCLOSURE STATEMENT

Defendant, Jefferson Pilot Financial Insurance Company, hereby files this Disclosure Statement pursuant to the Standing Orders of this Court.

On April 3, 2006, Lincoln National Corporation completed its merger with Jefferson Pilot Corporation, the parent of defendant Jefferson Pilot Financial Insurance Company.  The merged companies operate under the trade name Lincoln Financial Group.  Jefferson Pilot Financial Insurance Company continues to operate as an independent company and, with the merged companies, operates under the trade name Lincoln Financial Group.

                    Defendant, Jefferson Pilot Financial
                    Insurance Company

By:        /s/
                    E.J. Robbin Greenspan [ct14788]
                    Rogin, Nassau, Caplan, Lassman
                      & Hirtle, LLC
                    CityPlace I, 22nd Floor, 185 Asylum Street
                    Hartford, CT  06103-3460
                    *Phone 860-278-7480 / Fax 860-278-2179*
                    egreenspan@roginlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
******************************************  :
                                             :
JOHN D. LANE                                 :
                                             :
     v.                                      :    Case No. 302CV1038 (AWT)
                                             :
JEFFERSON PILOT FINANCIAL                    :
INSURANCE COMPANY                            :    February 16, 2007
                                             :
******************************************
```

## CERTIFICATE OF SERVICE

     I hereby certify that on February 16, 2007, a copy of the foregoing Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

     Mark R. Jacobs, Esq.
     Robert M. Fleischer, Esq.
     Jacobs Partners LLC
     Merritt View
     383 Main Avenue
     Norwalk, CT  06851
     *Phone 203-846-6622 / Fax 203-846-6621*
     email mark.jacobs@jacobs-partners.com

                Defendant, Jefferson Pilot Financial
                Insurance Company

By: _____/s/_____
       E.J. Robbin Greenspan [ct14788]
       Rogin, Nassau, Caplan, Lassman
         & Hirtle, LLC
       CityPlace I, 22nd Floor, 185 Asylum Street
       Hartford, CT  06103-3460
       *Phone 860-278-7480 / Fax 860-278-2179*
       egreenspan@roginlaw.com

W:\Public\EGreenspan\Jefferson Pilot Financial\Lane, John D\Pleadings\Disclosure Statement 02-2007.doc