```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


------------------------------x
                              :
JOHN D. LANE,                 :
                              :
     Plaintiff,               :
                              :
v.                            :   Civ. No. 3:02CV01038(AWT)
                              :
JEFFERSON PILOT FINANCIAL     :
INSURANCE COMPANY,            :
                              :
     Defendant.               :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

    For the reasons discussed during the telephonic status conference held on the record today, the Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 99) is hereby GRANTED in part and DENIED in part.  The plaintiff is permitted to amend his complaint in the manner described in the last paragraph of the Defendant's Objection to Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 102).

    It is so ordered.

    Dated this 8th day of March 2007 at Hartford, Connecticut.

                                               /s/AWT
                                      Alvin W. Thompson
                                  United States District Judge