UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
JOHN D. LANE                              :
                                          :
v.                                        :   Case No. 302CV1038 (AWT)
                                          :
JEFFERSON PILOT FINANCIAL                 :
INSURANCE COMPANY                         :   March 30, 2007
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO WITHDRAW APPEARANCE**

The undersigned, David J. Heinlein, hereby moves to withdraw his Appearance on the grounds that he is no longer actively engaged in the practice of law and E.J. Robbin Greenspan of Rogin, Nassau, Caplan, Lassman & Hirtle, LLC is representing Defendant, Jefferson Pilot Financial Insurance Company.

Defendant, Jefferson Pilot Financial Insurance Company, is aware of and consents to this Motion.

By: _____
David J. Heinlein [ct09043]
247 Penn Drive
West Hartford, CT 06119

- 1 -

W:\Public\EGreenspan\Jefferson Pilot Financial\Lane, John D\Pleadings\Mtn to Withdraw DJH App.doc

*LAW OFFICES* • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
:
JOHN D. LANE :
:
v. : Case No. 302CV1038 (AWT)
:
JEFFERSON PILOT FINANCIAL :
INSURANCE COMPANY : March 30, 2007
:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Mark R. Jacobs, Esq.
    Robert M. Fleischer, Esq.
    Jacobs Partners LLC
    Merritt View
    383 Main Avenue
    Norwalk, CT  06851
    *Phone 203-846-6622 / Fax 203-846-6621*
    email mark.jacobs@jacobs-partners.com

- 2 -

W:\Public\EGreenspan\Jefferson Pilot Financial\Lane, John D\Pleadings\Mtn to Withdraw DJH App.doc

*LAW OFFICES* • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

Defendant, Jefferson Pilot Financial
Insurance Company

By: _____
E.J. Robbin Greenspan [ct14788]
Rogin, Nassau, Caplan, Lassman
   & Hirtle, LLC
CityPlace I, 22nd Floor, 185 Asylum Street
Hartford, CT 06103-3460
*Phone 860-278-7480 / Fax 860-278-2179*
egreenspan@roginlaw.com

- 3 -

W:\Public\EGreenspan\Jefferson Pilot Financial\Lane, John D\Pleadings\Mtn to Withdraw DJH App.doc