UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
JOHN D. LANE :
 :
v. : Case No. 302CV1038 (AWT)
 :
JEFFERSON PILOT FINANCIAL :
INSURANCE COMPANY : May 24, 2007
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION FOR DISMISSAL

The plaintiff, John D. Lane and defendant Jefferson Pilot Financial Insurance Company, by and through their attorneys, hereby stipulate that the above-entitled action shall be dismissed with prejudice, pursuant to Rule 41(a)(1) F.R.C.P., without costs to either party.

**Plaintiff, John D. Lane**

By _____/s/_____
Robert M. Fleischer (ct11960)
Mark R. Jacobs (ct12255)
Merritt View
383 Main Avenue
Norwalk, CT 06851
(203) 846-6622
Their Attorneys

**Defendant, Jefferson Pilot Financial Insurance Company**

By _____/s/_____
E.J. Robbin Greenspan (ct14788)
Rogin, Nassau, Caplan, Lassman
  & Hirtle, LLC
CityPlace I, 22nd Floor
Hartford, Connecticut 06103-3499
(860) 278-7480
Its Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  :
:
JOHN D. LANE                                  :
:
v.                                            :   Case No. 302CV1038 (AWT)
:
JEFFERSON PILOT FINANCIAL                     :
INSURANCE COMPANY                             :   May 24, 2007
:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2007, a copy of the foregoing Stipulation for Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      Mark R. Jacobs, Esq.
      Robert M. Fleischer, Esq.
      Jacobs Partners LLC
      Merritt View
      383 Main Avenue
      Norwalk, CT  06851
      *Phone 203-846-6622 / Fax 203-846-6621*
      email mark.jacobs@jacobs-partners.com

Defendant, Jefferson Pilot Financial
Insurance Company

By: _____
E.J. Robbin Greenspan (ct14788)
Rogin, Nassau, Caplan, Lassman
 & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT  06103-3460
*Phone 860-278-7480 / Fax 860-278-2179*
email egreenspan@roginlaw.com